```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM L. ROBERTS              :        CIVIL ACTION
                                :
          v.                    :
                                :
LINCOLN NATIONAL CORPORATION    :        NO. 13-6235
```

ORDER

AND NOW, this 19th day of December, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Lincoln National Corporation for summary judgment (Doc. # 25) is GRANTED in favor of the defendant and against plaintiff William L. Roberts as it relates to Count I, Count II, and Count III of the complaint. The motion is otherwise DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                              J.